UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARITA TURNER,

           Plaintiff(s),            Case No. 15-11451

v.            Judge Robert H. Cleland

DEPARTMENT OF CORRECTIONS, ET AL.,     Magistrate Judge

           Defendant(s).
                                            /

**NOTICE OF CORRECTION**

Docket entry number __5__, filed __January 4, 2017__, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other: The wrong version of the document was submitted. An amended Opinion and Order will be issued to include new information.

If you need further clarification or assistance, please contact __Shawna Burns__ at __(810) 984-2056__.

DAVID J. WEAVER, CLERK OF COURT

Dated: January 4, 2017            Shawna C. Burns
                                           Deputy Clerk